GEORGE B. CURTIS, Appellant, v. WALTER A. MARGRANDER and Others, Respondents.— Motion granted and appeal dismissed, with costs.

FREDERICK W. GRAY, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Appeal dismissed, without costs upon stipulation filed.

FREDA LESKELL, an Infant, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of CHARLES M. MILES, President, and Others, Trustees, of the Village of Oriskany, to Legalize the Proceedings for the Issuance of Sewer Bonds.— Appeal dismissed, without costs, upon stipulation filed.

GERTRUDE E. CHURCH, Respondent, v. WILLIAM MCNAMARA, Appellant.— Appeal dismissed, with costs, upon stipulation and affidavit filed.

LODOWICK HOLMES JONES, Appellant, v. HARRY T. RAMSDELL and Others, Respondents. (Appeals Nos. 3, 4, 5, 6 and 7.) — Motion granted, and appeals dismissed, with costs.

LUTHER P. GRAVES and Others, Respondents, v. J. STEWART BURNS and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

PEARL CRONK, Respondent, v. ISRAEL GOLDMAN, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed papers on or before October seventh and be ready to argue the appeal on October eleventh.

CHARLES H. CALKINS, Respondent, v. JOHN A. LEVIS, Appellant.— Motion to dismiss appeal granted unless appellant file and serve printed papers on appeal by September thirtieth and be ready to argue appeal on October ninth.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS J. CHESNER, Respondent, v. J. EDWARD MALONEY, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal by September thirtieth and be ready to argue appeal on October ninth.